IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 19-8 |
| --- | --- | --- |
| v. | ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i) & (ii), 841(b)(1)(C), 841(b)(1)(E), and 846 18 U.S.C. §§ 1952(a)(3) and 1956(h)) |
| NOAH LANDFRIED | ) | |
| MARIO ALLEN | ) | |
| LARRY BENAVIDES | ) | [UNDER SEAL] |
| DASHAWN BURLEY | ) | |
| MICHEL CERCONE | ) | |
| AHMAD FLETCHER | ) | |
| MICHAEL S. FRAWLEY | ) | |
| CHRISTOPHER GAHAGAN | ) | |
| RICHARD GEORGELOS | ) | |
| NICHOLAS GIAMMICHELE | ) | |
| ROBERT KORBE | ) | |
| PRIYANKA KUMAR | ) | |
| ROSS LANDFRIED | ) | |
| STERLING MARSHALL | ) | |
| DARREN MARTIN | ) | |
| HAROLD NOVICK | ) | |
| PAUL NUARA | ) | |
| OMARI PATTON | ) | |
| JAMES PERRY | ) | |
| JOHN RAMSEY | ) | |
| DONNELL STEWARD | ) | |
| QUOC BOA TRINH | ) | |
| ANGELO WILLIAMS | ) | |
| TERRELL WILLIAMS | ) | |
| RICHARD WOOD | ) | |
| SHAYLA YATES | ) | |
| KRYSTIAN ZARATE | ) | |

FILED
JAN 08 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around January 2017 through in and around January 2019, in the Western District of Pennsylvania and elsewhere, the defendants, NOAH LANDFRIED, MARIO

ALLEN, LARRY BENAVIDES, DASHAWN BURLEY, MICHEL CERCONE, AHMAD FLETCHER, MICHAEL S. FRAWLEY, CHRISTOPHER GAHAGAN, RICHARD GEORGELOS, NICHOLAS GIAMMICHELE, ROBERT KORBE, ROSS LANDFRIED, STERLING MARSHALL, DARREN MARTIN, HAROLD NOVICK, PAUL NUARA, OMARI PATTON, JAMES PERRY, JOHN RAMSEY, DONNELL STEWARD, QUOC BOA TRINH, TERRELL WILLIAMS, RICHARD WOOD, SHAYLA YATES, and KRYSTIAN ZARATE, did knowingly, intentionally, and unlawfully conspire with each other and with persons both known and unknown to the grand jury to distribute and possess with intent to distribute Schedule I, II, and III controlled substances, including the following:

(1) 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

(2) 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance;

(3) a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

(4) a quantity of a mixture and substance containing a detectable amount of para-fluoroisobutyryl fentanyl, a Schedule I controlled substance;

(5) a quantity of a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance;

(6) a quantity of a mixture and substance containing a detectable amount of 5F-ADB, a Schedule I controlled substance;

(7) a quantity of a mixture and substance containing a detectable amount of 5F-MDMB-PINACA, a Schedule I controlled substance;

(8) a quantity of a mixture and substance containing a detectable amount of FUB–AMB, a Schedule I controlled substance;

(9) a quantity of a mixture and substance containing a detectable amount of ADB-CHMINACA, a Schedule I controlled substance;

(10) a quantity of a mixture and substance containing a detectable amount of 4-CN-CUMYL-BUTINACA, a Schedule I controlled substance;

(11) a quantity of a mixture and substance containing a detectable amount of MMB-CHMICA, a Schedule I controlled substance; and

(12) a quantity of a mixture and substance containing a detectable amount of buprenorphine, a Schedule III controlled substance;

contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i) and (ii), 841(b)(1)(C), and 841(b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

From in and around January 2017 through in and around January 2019, in the Western District of Pennsylvania and elsewhere, the defendants, NOAH LANDFRIED, MARIO ALLEN, LARRY BENAVIDES, MICHEL CERCONE, AHMAD FLETCHER, ROSS LANDFRIED, STERLING MARSHALL, JAMES PERRY, and SHAYLA YATES, did knowingly, intentionally, and unlawfully conspire, with each other and with persons both known and unknown to the grand jury, to conduct and attempt to conduct a financial transaction affecting interstate commerce involving the proceeds of specified unlawful activity, that is, illegal drug trafficking in violation of 21 U.S.C. §§ 841 and 846, with the intent to promote the carrying on of the specified unlawful activity and knowing that the transaction was designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, contrary to the provisions of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT THREE

The grand jury further charges:

From in and around January 2017 through in and around January 2019, in the Western District of Pennsylvania and elsewhere, the defendants, PRIYANKA KUMAR and ANGELO WILLIAMS, traveled in interstate commerce, used the mail, and used any facility in interstate commerce, with intent to promote, manage, establish, carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, (1) a business enterprise involving narcotics and controlled substances (as defined in Section 102(6) of the Controlled Substances Act) in violation of 21 U.S.C. §§ 841, 844, and 846; and (2) an act which is indictable under 18 U.S.C. § 1956; and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of the unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3).

## **COUNT FOUR**

The grand jury further charges:

On or about September 16, 2017, in the Western District of Pennsylvania, the defendant, CHRISTOPHER GAHAGAN, did knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT FIVE**

The grand jury further charges:

In and around November 2017, in the Western District of Pennsylvania, the defendant, LARRY BENAVIDES, did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of para-fluoroisobutyryl fentanyl, a Schedule I controlled substance; and a quantity of a mixture and substance containing a detectable amount of 5F-ADB, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT SIX**

The grand jury further charges:

On or about January 24, 2018, in the Western District of Pennsylvania, the defendant, CHRISTOPHER GAHAGAN, did knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

The grand jury further charges:

On or about April 18, 2018, in the Western District of Pennsylvania, the defendant, CHRISTOPHER GAHAGAN, did knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

The grand jury further charges:

On or about June 18, 2018, in the Western District of Pennsylvania, the defendant, NOAH LANDFRIED, did knowingly, intentionally, and unlawfully possess with intent to distribute and distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

# FORFEITURE ALLEGATIONS

1.  The allegations contained in Counts One through Eight of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).

2.  Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as charged in Count Two of this Indictment, defendants NOAH LANDFRIED, MARIO ALLEN, LARRY BENAVIDES, MICHEL CERCONE, AHMAD FLETCHER, ROSS LANDFRIED, STERLING MARSHALL, JAMES PERRY, and SHAYLA YATES shall forfeit to the United States any property, real or personal, involved in this offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following: (1) all funds in the federal Bureau of Prisons ("BOP") inmate financial accounts of MARIO ALLEN (BOP Register #38538083), AHMAD FLETCHER (BOP Register #74250067), ROSS LANDFRIED (BOP Register #30359068), and STERLING MARSHALL (BOP Register #34037068); (2) the property and residence located at 212 Park Road, Ambridge, PA (NOAH LANDFRIED); (3) the property and residence located at 242 Maplewood Avenue, Ambridge, PA (NOAH LANDFRIED); (4) the property and residence located at 122 Maplewood Avenue, Ambridge, PA (NOAH LANDFRIED); (5) the property and residence located at 711 Orchard Terrace, Sewickley, PA (MICHEL CERCONE); (6) the property and residence located at 330 West Riverview Avenue, Bellevue, PA (MICHEL CERCONE); (7) the property and residence located at 243 Maplewood Avenue, Ambridge, PA (JAMES PERRY); (8) a Dodge Ram vehicle with Pennsylvania registration

ZKE4685 (NOAH LANDFRIED); (9) a Toyota Camry vehicle with Pennsylvania registration KSY9997 (NOAH LANDFRIED); (10) a GMC Yukon vehicle with Pennsylvania registration JTJ0356 (MICHEL CERCONE); (11) a Dodge Ram vehicle with Pennsylvania registration ZLY6018 (JAMES PERRY); and (12) a Cadillac vehicle with Pennsylvania registration KTR1443 (JAMES PERRY).

3. As part of the commission of the violations of Title 21, United States Code, Sections 841 and 846, charged in Counts One and Eight of this Indictment, defendants NOAH LANDFRIED, MARIO ALLEN, MICHEL CERCONE, AHMAD FLETCHER, NICHOLAS GIAMMICHELE, ROBERT KORBE, ROSS LANDFRIED, STERLING MARSHALL, OMARI PATTON, JAMES PERRY, JOHN RAMSEY, DONNELL STEWARD, and QUOC BOA TRINH acquired and maintained the following property and proceeds, and used and intended to use the following property and proceeds to commit and to facilitate the commission of those violations, thereby subjecting such property to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2): (1) all funds in the federal Bureau of Prisons ("BOP") inmate financial accounts of MARIO ALLEN (BOP Register #38538083), AHMAD FLETCHER (BOP Register #74250067), NICHOLAS GIAMMICHELE (BOP Register #21471052), ROBERT KORBE (BOP Register #30222068), ROSS LANDFRIED (BOP Register #30359068), STERLING MARSHALL (BOP Register #34037068), OMARI PATTON (BOP Register #07410068), JOHN RAMSEY (BOP Register # 45829066), DONNELL STEWARD (BOP Register # 33233007), and QUOC BOA TRINH (BOP Register # 26393038); (2) the property and residence located at 212 Park Road, Ambridge, PA (NOAH LANDFRIED); (3) the property and residence located at 242 Maplewood Avenue, Ambridge, PA (NOAH LANDFRIED); (4) the property and residence located at 122 Maplewood Avenue, Ambridge, PA (NOAH LANDFRIED); (5) the property and

residence located at 711 Orchard Terrace, Sewickley, PA (MICHEL CERCONE); (6) the property and residence located at 330 West Riverview Avenue, Bellevue, PA (MICHEL CERCONE); (7) the property and residence located at 243 Maplewood Avenue, Ambridge, PA (JAMES PERRY); (8) a Dodge Ram vehicle with Pennsylvania registration ZKE4685 (NOAH LANDFRIED); (9) a Toyota Camry vehicle with Pennsylvania registration KSY9997 (NOAH LANDFRIED); (10) a GMC Yukon vehicle with Pennsylvania registration JTJ0356 (MICHEL CERCONE); (11) a Dodge Ram vehicle with Pennsylvania registration ZLY6018 (JAMES PERRY); and (12) a Cadillac vehicle with Pennsylvania registration KTR1443 (JAMES PERRY).

    4. As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One, Two, and Four through Eight of this Indictment, the defendants, NOAH LANDFRIED, MARIO ALLEN, LARRY BENAVIDES, DASHAWN BURLEY, MICHEL CERCONE, AHMAD FLETCHER, MICHAEL S. FRAWLEY, CHRISTOPHER GAHAGAN, RICHARD GEORGELOS, NICHOLAS GIAMMICHELE, ROBERT KORBE, ROSS LANDFRIED, STERLING MARSHALL, DARREN MARTIN, HAROLD NOVICK, PAUL NUARA, OMARI PATTON, JAMES PERRY, JOHN RAMSEY, DONNELL STEWARD, QUOC BOA TRINH, TERRELL WILLIAMS, RICHARD WOOD, SHAYLA YATES, and KRYSTIAN ZARATE, acquired gross proceeds thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1).

    5. If, through any act or omission by the defendants, any or all of the property and proceeds referenced in paragraphs two through 4 above (hereinafter "the Subject Property"):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property, proceeds, or funds of the defendants up to the value of the Subject Property referenced above pursuant to Title 18, United States Code, Section 982(b)(1); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352